United States District Court
for the
Southern District of Florida

| | |
|---|---|
| William L. Taylor, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 16-60202-Civ-Scola |
| ) | |
| Evesyam Lawrence Corp. and ) | |
| Agmani, Inc., Defendants | |

## Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stipulation, ECF No. 14). The Court hereby approves the parties' Consent Decree and reserves jurisdiction to enforce the parties' settlement agreement. Each party shall bear their own attorney's fees and costs except as detailed in the Consent Decree. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on May 16, 2016.

_____
Robert N. Scola, Jr.
United States District Judge